FILED

DEC 1 7 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE GORDON THOMPSON, JR.)**

11 UNITED STATES OF AMERICA,          )      Case No. 10CR3584-GT
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )      **ORDER CONTINUING SENTENCING**
                                      )      **HEARING**
14 JOSE D. RIOS,                      )
                                      )
15              Defendant.            )
   _____)
16

17          **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for that the sentencing

18 hearing currently scheduled for December 17, 2010 be rescheduled to **Tuesday, February 1, 2011**

19 **at 9:00 a.m.**

20          **IT IS SO ORDERED.**

21 DATED:    *12-17-10*

22                                           _____
                                            HONORABLE GORDON THOMPSON, JR.
23                                          United States District Judge

24

25

26

27

28